GELDERMAN v. CURTIS et al.

(Supreme Court, Appellate Division, First Department. February 7, 1908.)

APPEAL—REVIEW—QUESTIONS OF FACT—CREDIBILITY OF WITNESSES.
   Questions of fact and the credibility of witnesses are for the jury to determine.
   [Ed. Note.—For cases in point, see Cent. Dig. vol. 46, Trial, §§ 334, 335.]
   Patterson, P. J., dissenting.

Appeal from Trial Term, New York County.

Action by Gustav Gelderman, administrator of the estate of Josiah W. Gelderman, against Grove D. Curtis and another. From a judgment for defendants, and an order denying a new trial, plaintiff appeals. Affirmed.

Argued before PATTERSON, P. J., and McLAUGHLIN, INGRAHAM, LAUGHLIN, and HOUGHTON, JJ.

Frank M. Hardenbrook, for appellant.
Frank V. Johnson, for respondents.

HOUGHTON, J. On a former appeal, taken by defendants, this court reversed the judgment (120 App. Div. 400, 105 N. Y. Supp. 221), on the ground that the verdict of the jury in plaintiff's favor was against the weight of evidence. On the new trial, granted by such reversal, the defendants obtained a verdict in their favor, and the plaintiff now appeals.

While there is some change in the evidence, the facts, as well as the credibility of the witnesses, were for the jury to determine. There is no such preponderance of evidence in favor of the plaintiff as authorizes us to interfere with the present verdict.

The judgment and order must therefore be affirmed, with costs. All concur, except PATTERSON, P. J., who dissents.